10860.   GOOCH *v.* GEORGIA MARBLE COMPANY *et al.*

JENKINS, P. J.   This case being controlled by the answer of the Supreme Court to a question certified by this court (151 *Ga.* 462, 107 S. E. 47), the judgment of the court below, sustaining the general demurrers to the plaintiff's petition and dismissing the action, must be
                              *Reversed. Stephens and Hill, JJ., concur.*
                    DECIDED MAY 14, 1921.

Action for damages; from Pickens superior court — Judge Morris. July 5, 1919.

*W. J. Phillips, C. N. Davie, E. D. Kenyon, J. S. Wood,* for plaintiff. *McDaniel & Black,* for defendant.

---

11059.   WILLIAMS, administratrix, *v.* SUMTER COUNTY.

JENKINS, P. J.   This was a suit by Sumter County for the recovery of alleged illegal commissions received by a former treasurer. The trial judge directed a verdict for the defendant, on the theory that the county should not be allowed to impeach the recitals embodied in the resolutions, passed by its board of commissioners for the purpose of borrowing money, to the effect that a casual deficiency existed and that the money was borrowed for such purpose. A motion for a new trial, raising in various ways the question indicated, was granted, and the defendant excepted. Under the answer of the Supreme Court to questions certified to it by this court (151 *Ga.* 402, 107 S. E. 158), the judgment granting a new trial must be
                              *Affirmed. Stephens and Hill, JJ., concur.*
                    DECIDED MAY 14, 1921.

Affidavit of illegality; from Sumter superior court — Judge Littlejohn. September 26, 1919.

*Hixon & Pace,* for plaintiff in error. *R. L. Maynard,* contra.